IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**EVERLY HATFIELD,**

**Defendant.**                                                                 No. 08-30020-DRH

**<u>ORDER</u>**

**HERNDON, Chief Judge:**

Before the Court is Defendant Everly Hatfield's Motion for Extension of Time for Filing Objections to Revised Presentence Investigation Report (Doc. 300). Specifically, Defendant Everly Hatfield seeks up to and including August 30, 2010 in which to file supplemental objections to the Third Revised PSR as the drug quantity calculations in the PSR are complicated and Defendant's attorney has not had adequate time to review the calculations. Based on the reasons in the motion, the Court **GRANTS** Defendant Everly Hatfield's motion for extension of time for filing objections to revised presentence investigation report (Doc. 300). Defendant Everly Hatfield will have up to and including **August 30, 2010** in which to file objections

to the Third Revised PSR.

**IT IS SO ORDERED.**

Signed this 25th day of August, 2010.

/s/     David R Herndon

**Chief Judge
United States District Court**